FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

June 23, 2017

David J. Smith
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

MC417-006

## ORDER OF APPOINTMENT AS UNITED STATES BANKRUPTCY JUDGE

Pursuant to Title 28, United States Code, § 152, the United States Court of Appeals for the Eleventh Circuit hereby appoints **Michele Jinhyun Kim** as a **United States Bankruptcy Judge for the Southern District of Georgia** for a term of fourteen years. This appointment is effective 23 June 2017.

For the Court:

_____
Chief Judge

Done this __20__ day of ____June____, 2017.

A TRUE COPY

Attested:

U.S. Court of Appeals, Eleventh Circuit

By: _____
Human Resources Assistant

Atlanta, Georgia    June 23, 2017

# United States Court of Appeals
## Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

June 23, 2017

Ms. Michele Reed
Chief, Judicial Services Office
DPS-JSO
Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room 4-170
Washington, DC 20544

RE: Appointment of U.S. Bankruptcy Judge for the
Southern District of Georgia – Michele Jinhyun Kim

Dear Ms. Reed:

Enclosed are the following documents in connection with the reappointment of Michele Jinhyun Kim to the position of United States Bankruptcy Judge, Southern District of Georgia:

- ✦ Appointment of United States Bankruptcy Judge (AO 79B)
- ✦ Order of Appointment as United States Bankruptcy Judge
- ✦ Notice of Position (public notice)

By copy of this letter I am sending a certified copy of Chief Judge Carnes' order to the Clerk of the Southern District of Georgia for entry of record.

Please contact me at (404) 335-6202 if you have any questions regarding this matter.

Sincerely,

*Cheryl Vessels*

Cheryl Vessels
Assistant Circuit Executive
for Human Resources

enclosures

Honorable Ed Carnes
  Chief Judge, U.S. Court of Appeals for the Eleventh Circuit
Honorable James R Hall
  Chief U.S. District Judge, SD GA
Honorable Susan D Barrett
  Chief U.S. Bankruptcy Judge, SD GA
Mr. James P. Gerstenlauer, Circuit Executive
Honorable Michele Jinhyun Kim, SD GA
  U.S. Bankruptcy Judge, SD GA
✓Mr. Scott Poff
  Clerk, U.S. District Court, SD GA
Ms. Lucinda Rauback
  Clerk, U.S. Bankruptcy Court, SD GA